# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-CV-3568-LMA-DPC |
| | ) | Section "I" |
| HOUSING AUTHORITY OF NEW ORLEANS; COLUMBIA RESIDENTIAL, LLC; ENTERPRISE COMMUNITY PARTNERS, INC.; HRI PROPERTIES, LLC; KBK ENTERPRISES, LLC; L+M DEVELOPMENT PARTNERS, INC.; MCCORMACK BARON SALAZAR, INC.; and PROVIDENCE COMMUNITY HOUSING, | ) ) ) ) ) ) ) ) | |

## **MOTION TO ENROLL AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes, Defendant, McCormack Baron Salazar, Inc., ("McCormack") who moves this Court to enroll Jerry A. Beatmann, Jr. of Dentons US LLP as counsel of record for McCormack.

Wherefore, McCormack prays that its Motion be deemed good and sufficient and further that this motion be granted, allowing McCormack to enroll Jerry A. Beatmann, Jr. of Dentons US LLP as counsel of record for Defendant McCormack.

Respectfully submitted,

*s/ Jerry A. Beatmann, Jr.*
_____
Jerry A. Beatmann Jr., La. Bar #26189
DENTONS US LLP
650 Poydras Street, Suite 2850
New Orleans, LA 70130-6132
Telephone: 504-524-5446
jay.beatmann@dentons.com

Attorneys for McCormack Baron Salazar, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record. A copy will also be sent to all known counsel for all other defendants by electronic mail on this date.

*s/ Jerry A. Beatmann, Jr.*
_____