# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **No. 22-3568** |
| **HOUSING AUTHORITY OF NEW ORLEANS ET AL.** | **SECTION I** |

## ORDER

Considering the uncontested motion[1] by the United States of America to order the defendants to distribute settlement funds in accordance with the consent judgment in the above-captioned matter,

**IT IS ORDERED** that the motion is **GRANTED**. Defendants shall deliver to counsel for the United States checks payable to the following individuals in the amounts described below:

Vivian Cardrich - $23,250

Bernel Johnson - $23,250

Ruth Forrest - $23,250

Brenda Griffin - $23,250

Carolyn Lamb - $23,250

Duane Lewis - $23,250

Andrew Webester - $23,250

Avante Pierce - $16,575

---

[1] R. Doc. No. 9.

Dr. Walter Strong - $16,575

Caleb Speyrer - $2,210

Within thirty (30) days of the date of this order, defendants shall deliver to counsel for the United States, by overnight delivery, a separate check payable to each aggrieved person in the amount stated in the stipulated order. Once counsel for the United States has received a check from defendants payable to an aggrieved person and a signed release in the form of Appendix R to the Consent Decree from the aggrieved person, counsel for the United States shall deliver the check to the aggrieved person and the original, signed release to counsel for defendants. No aggrieved person shall be paid until he or she has executed and delivered such a release to counsel for the United States.

New Orleans, Louisiana, March 7, 2024.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**